UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ARMANDO ARCE,
    Plaintiff,

v.                                        Case No. 3:24-cv-304/MCR/ZCB

OKALOOSA COUNTY
DEPARTMENT OF
CORRECTIONS, et al.,
    Defendants.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation on September 20, 2024. ECF No. 6. The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).[1] Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted. The Report and Recommendation fully explains the defects in the pleading of Claims 3 and 4 that justify dismissal. Out of an abundance of caution, however, Plaintiff will be given one opportunity to amend.

---

[1] The docket reflects that mail was returned as undeliverable but also shows that the Report and Recommendation was sent to Plaintiff by email.

1

Accordingly, it is **ORDERED**:

1. The Magistrate Judge's Report and Recommendation, ECF No. 6, is adopted and incorporated by reference in this order.

2. Defendants' motion to dismiss, ECF No. 4, is **GRANTED as to Claims 3 and 4** of the complaint, which are dismissed for the failure to state a claim under Fed. R. Civ. P. 12(b)(6), and the Court declines to exercise supplemental jurisdiction over the state law claims set forth in Claims 1 and 2 of the complaint.

3. The Court will allow Plaintiff fourteen days from the date of this Order to file an amended complaint.

4. After fourteen days, if no amended complaint is filed, Claims 3 and 4 are **DISMISSED with prejudice,** and the Clerk is directed to **REMAND** the remaining claims to the First Judicial Circuit Court in and for Okaloosa County, Florida, and close the file.

**DONE AND ORDERED** this 27th day of January 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**